UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Jose Cesar GONZALEZ-Gonzalez,**<br>Defendant | Magistrate Docket No. '08 MJ 0635<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **February 29, 2008** within the Southern District of California, defendant, **Jose Cesar GONZALEZ-Gonzalez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS <u>3rd</u> **DAY OF <u>MARCH, 2008.</u>**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Cesar GONZALEZ-Gonzalez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On Friday, February 29, 2008, at approximately 2:25 AM, Border Patrol Agent R. Miranda, while performing assigned line watch duties, encountered an individual walking toward an area known as the "Yellow Scraper." This area lies approximately nine miles east of the Tecate, California Port-of-Entry and one quarter of a mile north of the U.S./Mexico International Border. This subject, later identified as the defendant, **Jose Cesar GONZALEZ-Gonzalez**, approached Agent Miranda and stated that he was lost and cold. Agent Miranda identified himself as a Border Patrol Agent to the individual and questioned him as to his citizenship. The defendant stated that he was a citizen and national of Mexico. Agent Miranda asked the defendant if he had crossed the U.S./Mexico International Border with other undocumented immigrants or if he had made an entry on his own. The defendant stated that he had crossed the U.S./MEXICO International Border with a group of five individuals and further stated that those individuals were much younger and he was unable to keep up. Agent Miranda placed the defendant under arrest and transported him to the Tecate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on/about **February 25, 2008.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on March 1, 2008 at 10:00 a.m.**

Irene S. Aguirre
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of **1** pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **February 29, 2008,** in violation of Title **8**, United States Code, Section **1326**.

Cathy A. Bencivengo
United States Magistrate Judge

3/1/08 @ 10:55 am
Date/Time

MAR. . 2008 10:40AM B P PROSECUTIONS NO. 7480 P. 6